1  **GIRARD GIBBS LLP**
Jonathan K. Levine (SBN 220289)
2  601 California Street, Suite 1400
San Francisco, CA 94108
3  Telephone: (415) 981-4800
Facsimile: (415) 981-4846
4

5  *Proposed Liaison Counsel for*
*Lead Plaintiff Movant George Berneshawi*
6
**SCHUBERT JONCKHEER & KOLBE**
7  **LLP**
Willem F. Jonckheer
8  Robert Schubert
Three Embarcadero Center, Suite 1650
9  San Francisco, CA 94111
Telephone: (415) 788-4220
10  Facsimile: (415) 788-0161
11
*Counsel for Luciano Garzelli and*
12  *Proposed Liaison Counsel for the Class*

13

**GREEN WELLING, P.C.**
Robert S. Green (SBN 136183)
Charles D. Marshall (SBN 236444)
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Fax: (415) 477-6710

*Proposed Local Counsel for Plaintiffs*
*and the Class*

**COOLEY LLP**
John C. Dwyer
Jessica Valenzuela Santamaria
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

*Counsel for SciClone Pharmaceuticals, Inc.,*
*Friedhelm Blobel, and Gary S. Titus*

14                          ***Additional Counsel Listed Below***

15                 **UNITED STATES DISTRICT COURT**
16                 **NORTHERN DISTRICT OF CALIFORNIA**

17

18  ALAN C. LEWIS,                          )
Individually and On Behalf of All Others )   **Docket No.: 5:10-cv-03584-JW**
19  Similarly Situated,                     )
                                            )   CLASS ACTION
20                          Plaintiff,       )
                                            )   JOINT CASE MANAGEMENT STATEMENT
21         vs.                              )
                                            )
22  SCICLONE PHARMACEUTICALS,              )   **DATE:  November 1, 2010**
INC., FRIEDHELM BLOBEL and              )   **TIME:  10:00 A.M.**
23  GARY S. TITUS,                          )   **DEPT:  Courtroom 8, 4th Floor**
                                            )
24                          Defendants.     )
                                            )
25                                          )
                                            )
26                                          )

27

28

| | | |
|---|---|---|
| 1 | | ) |
| 2 | MARIANO KARNER and | ) |
| | FERNANDO RUBINOWICZ, on behalf | ) |
| 3 | of themselves and all others similarly | ) |
| | situated, | ) |
| 4 | | ) |
| 5 | Plaintiffs, | ) |
| | v. | ) |
| 6 | SCICLONE PHARMACEUTICALS, | ) |
| | INC., FRIEDHELM BLOBEL and | ) |
| 7 | GARY S. TITUS, | ) |
| | | ) |
| 8 | Defendants, | ) |
| 9 | | |

**Docket No.: 3:10-cv-03991-RS**

Lead plaintiff movants George Berneshawi, Luciano Garzelli, and International Brotherhood of Electrical Workers Local Union 98 (collectively, "Lead Plaintiff Movants"); and defendants SciClone Pharmaceuticals, Inc., Friedhelm Blobel, and Gary S. Titus (collectively, "Defendants"), respectfully submit this Joint Case Management Statement for the Initial Case Management Conference ("CMC") scheduled for November 1, 2010.

## PROCEDURAL STATUS

This is a federal class action on behalf of purchasers of the common stock of SciClone Pharmaceuticals, Inc. ("SciClone" or the "Company"), seeking to pursue remedies under the Securities Exchange Act of 1934 ("Exchange Act"). The Private Securities Litigation Reform Act of 1995 ("PSLRA") thus governs certain procedural aspects of this case.

The first complaint, *Lewis v. SciClone Pharmaceuticals, Inc., et al.*, No. 5:10-cv-03584-JW, was filed on August 13, 2010. A related case, *Karner, et al. v. SciClone Pharmaceuticals, et al.*, No. 3:10-cv-03991-RS, was filed on September 7, 2010.

## OCTOBER 7, 2010 ORDER AND RESPONSE

On October 7, 2010, the Court issued an Order relating the *Lewis* and *Karner* cases and further directing the parties to submit a Joint Case Management Statement by October 22, 2010, and to specifically address "whether the cases should be consolidated and if so, a schedule for nomination of Lead Plaintiff and Lead Counsel." *See* Rec. Doc. No. 11. The Court further directed the parties to appear at an Initial Case Management Conference on November 1, 2010 at 10:00 a.m.

1       Pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(A)(i), on August 13, 2010, the first

2  notice that a class action had been initiated against Defendants was published on *Globe*

3  *Newswire*, a widely-circulated national business-oriented wire service, advising members of the

4  proposed Class of their right to move the Court to serve as a lead plaintiff.  Accordingly, on

5  October 12, 2010, the three Lead Plaintiff Movants each separately moved for appointment as

6  lead plaintiff and for approval of lead plaintiff's selection of lead counsel.  *See* Rec. Doc. Nos.

7  12-18.  In their respective motions, Lead Plaintiff Movants request consolidation of the related

8  actions, as well as future-filed related cases, and Defendants do not object to consolidation.

9  Defendants take no position on the motions for appointment of lead plaintiff.

10       In their respective motions for appointment as lead plaintiff and approval of lead

11  plaintiff's selection of lead counsel, each of the Lead Plaintiff Movants noticed different hearing

12  dates.  However, the parties note that the Court's Availability Calendar (as of October 12, 2010)

13  states, "THE NEXT AVAILABLE CIVIL MOTION HEARING DATE IS FEBRUARY 7, 2011

14  and any available Monday thereafter."  ***Subject to approval of the Court, all parties agree to a***

15  ***February 7, 2011 hearing date – or an earlier date if the Court prefers, but the Lead Plaintiff***

16  ***Movants request that any earlier date set by the Court to hear the lead plaintiff motion be after***

17  ***December 6, 2010 to allow the movants to complete briefing on the motions.***  Civ. L. R. 7-3

18  provides that oppositions be filed 21 days before a hearing date and reply briefs should be filed

19  14 days before a hearing date.

20                         **<u>CASE MANAGEMENT STATEMENT</u>**

21       In accordance with the Standing Order for All Judges of the Northern District of

22  California, the parties submit the following:

23       1.       <u>Jurisdiction and Service</u>.  This Court has jurisdiction over the subject matter of

24  these actions pursuant to 28 U.S.C. §§ 1331 and 1337, and Section 27 of the Exchange Act [15

25  U.S.C. §78aa].  Service or waivers of service have been effectuated as to all defendants in this

26  case. *See* Rec. Doc. Nos. 5-7.  At this time, there are no factual issues as to personal jurisdiction

27  or venue that remain unresolved.

28       2.       <u>Facts/Substance of the Action</u>.  The *Lewis* and *Karner* complaints allege that

Defendants SciClone and its executive officers violated Sections 10(b) and 20(a) of the Exchange Act [15 U.S.C. §§ 78j(b) and 78t(a)] and Rule 10b-5 promulgated thereunder by the Securities and Exchange Commission [17 C.F.R. § 240.10b-5], by making statements that materially misrepresented and failed to disclose SciClone's true operational and financial condition.

3.    Legal Issues.  The parties do not yet have a complete picture of the legal issues presented; the parties believe, however, that the legal issues will include (but will not necessarily be limited to) the following:

a.    Whether any defendant violated Section 10(b) or 20(a) of the Exchange Act, or Rule 10b-5 promulgated thereunder;

b.    Whether Defendants issued materially false and misleading public statements which defendants knew and/or deliberately disregarded were false and materially misleading at the time of such publication, and which omitted to reveal material information necessary to make defendants' statements made, in light of such material omissions, not materially false and misleading;

c.    Whether the challenged statements are actionable;

d.    Whether the allegedly false or misleading statements caused the plaintiffs to suffer monetary damages, and the proper measure thereof;

e.    Whether Defendants can establish any affirmative defenses; and,

f.    Whether this action can properly be maintained as a class action.

4.    Motions.  Defendants anticipate filing a motion to dismiss the complaint, and plaintiffs anticipate filing an opposition.  No scheduling order regarding the filing of dispositive or pre-trial motions has yet been issued.

5.    Amendment of Pleadings.   The parties agree that lead plaintiff shall have 45 days from the order appointing lead plaintiff to file a Consolidated Complaint.

6.    Evidence Preservation.  The parties have taken reasonable steps to preserve evidence relevant to the issues reasonably evident in this action.

7.    Disclosures & Discovery.  The PSLRA provides for an automatic stay of "all discovery and other proceedings during the pendency of any motion to dismiss, unless the court

finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party." 15 U.S.C. § 78u-4(b)(3)(B).

8.   <u>Class Action</u>:  This class action litigation is brought pursuant to Fed. R. Civ. P. 23(a) and (b)(3) on behalf of a proposed class initially defined as, "all those who purchased or otherwise acquired the common stock of SciClone between May 11, 2009 and August 10, 2010, inclusive (the 'Class'), and who were damaged thereby."  The parties anticipate that the Court-appointed lead plaintiff will file a motion to certify the class after Defendants' motion to dismiss is decided.  Defendants may oppose that motion in whole or in part.

9.   <u>Related Cases and Consolidation</u>.  As noted above, on October 7, 2010, the Court issued an Order relating the *Lewis* and *Karner* cases.  The parties do not object to consolidation of the two cases and consolidation of subsequently-filed related cases.

10.  <u>Relief Sought</u>.  Plaintiffs seek unspecified money damages on behalf of all members of the putative class.

11.  <u>Settlement and ADR</u>.  The parties believe that it is premature to engage in settlement discussions and/or ADR at this time.

12.  <u>Consent to Magistrate Judge For All Purposes</u>.  The parties do not consent to have a magistrate judge conduct all further proceedings.

13.  <u>Other References</u>.  The parties do not believe this case is suitable for reference to binding arbitration or a special master at this time.

14.  <u>Narrowing of Issues / Expedited Schedule / Trial</u>.  The parties believe it is premature to address these issues at this time.

15.  <u>Scheduling</u>.  The parties agree that defendants shall have 30 days from the filing of the Consolidated Complaint to file their responsive pleading; if defendants respond to the Complaint by filing a motion under Fed. R. Civ. P. 12, lead plaintiff shall have 30 days from the filing of defendants' responsive pleading to file an opposition to the motion; and Defendants shall have 20 days from the filing of lead plaintiff's opposition in which to file a reply in support of the motion.

16.     The Court-appointed lead plaintiff and Defendants anticipate entering into a further stipulation governing the case schedule, including discovery, filing of class certification and dispositive motions, and trial schedule once the Court has resolved the expected motion to dismiss.

17.     <u>Cut-Off Dates</u>.  The parties believe it is premature to set discovery cutoff, motion cutoff, pretrial conference, and trial dates at this time because, as explained above, the PSLRA discovery stay is in place and Defendants anticipate filing a motion to dismiss the consolidated amended class action complaint or operative complaint filed by Court-appointed lead plaintiff.

18.     <u>Disclosure of Non-Party Interested Entities or Persons</u>:  Plaintiffs certify that, as of this date, other than the parties and absent class members, they know of no other entity or party that could be substantially affected by the outcome of this proceeding.

*     *     *

Dated: October 21, 2010                    **GIRARD GIBBS LLP**

By: ___/s/ Jonathan K. Levine

Jonathan K. Levine (SBN 220289)
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: jkl@girardgibbs.com
*Proposed Liaison Counsel for*
*Lead Plaintiff Movant George Berneshawi*

**KAHN SWICK & FOTI, LLC**
Kim E. Miller
500 5th Avenue, Suite 1810
New York, NY 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

-and-

Lewis S. Kahn
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
*Proposed Lead Counsel for*

1                                                   *Lead Plaintiff Movant George Berneshawi*

2    Dated: October 21, 2010            **SCHUBERT JONCKHEER & KOLBE LLP**

3                                       By:      /s/ Willem F. Jonckheer, by permission

4                                       Willem F. Jonckheer

5                                       Robert Schubert

6                                       Three Embarcadero Center, Suite 1650

San Francisco, CA 94111

7                                       Telephone: (415) 788-4220

Facsimile: (415) 788-0161

8                                       *Counsel for Luciano Garzelli and*

*Proposed Liaison Counsel for the Class*

9

10                                       **BROWER PIVEN**

   A Professional Corporation

11                                       David A.P. Brower

488 Madison Avenue

12                                       Eighth Floor

New York, NY 10022

13                                       Telephone: (212) 501-9000

Facsimile: (212) 501-0300

14                                       *Counsel for Luciano Garzelli and*

*Proposed Lead Counsel for the Class*

15

16    Dated: October 21, 2010            **GREEN WELLING, P.C.**

17                                       By:      /s/ Charles D. Marshall, by permission

18                                       Robert S. Green

19                                       Charles D. Marshall

595 Market Street, Suite 2750

20                                       San Francisco, CA 94105

Telephone: (415) 477-6700

21                                       Fax: (415) 477-6710

22                                       cand.uscourts@classcounsel.com

*Proposed Local Counsel for Plaintiffs*

23                                       *and the Class*

24                                       **CHIMICLES & TIKELLIS LLP**

Kimberly M. Donaldson

25                                       Joseph G. Sauder

Kimberly A. Evans

26                                       361 West Lancaster Avenue

Haverford, PA 19041

27                                       Telephone: (610) 642-8500

28                                       Facsimile: (610) 649-3633

1

**RYAN & MANISKAS, LLP**
Katharine M. Ryan

2

Richard A. Maniskas
995 Old Eagle School Rd., Ste. 311

3

Wayne, PA 19087

4

Telephone: (484) 588-5516
Facsimile: (484) 450-2582

5

Email:kryan@rmclasslaw.com
         rmaniskas@rmclasslaw.com

6

7

*Counsel for IBEW and Proposed Co-Lead Counsel for the Class*

8

Dated: October 21, 2010          **COOLEY LLP**

9

10

By:     /s/ Jessica Valenzuela Santamaria, by
             permission

11

John C. Dwyer

12

Jessica Valenzuela Santamaria
Five Palo Alto Square

13

3000 El Camino Real
Palo Alto, California 94306-2155

14

Telephone: (650) 843-5000

15

Facsimile: (650) 857-0663
*Counsel for SciClone Pharmaceuticals, Inc.,*

16

*Friedhelm Blobel, and Gary S. Titus*

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **<u>ATTESTATION</u>**

I, Jonathan K. Levine, am the ECF user whose identification and password are being used to file the **JOINT CASE MANAGEMENT STATEMENT**.  In compliance with General Order 45.X.B, I hereby attest that the above-signing counsel have all concurred in this filing.

Dated: October 21, 2010                     By:     <u>/s/  Jonathan K. Levine</u>

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on October 21, 2010, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-

4   mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that

5   I have mailed the foregoing document or paper via the United States Postal Service to the non-

6   CM/ECF participants indicated on the Manual Notice List.  I further certify that I caused this

7   document    to    be    forwarded    to    the    following    designated    Internet    site    at:

8   http://securities.stanford.edu.

9

10                                        _____ /s/  Jonathan K. Levine _____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28