Kim E. Miller (CA Bar. No. 178370)
**KAHN SWICK & FOTI, LLC**
500 Fifth Avenue, Suite 1810
New York, New York 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
Email: kim.miller@ksfcounsel.com

David A.P. Brower
**BROWER PIVEN**
**A Professional Corporation**
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300
E-mail: brower@browerpiven.com

*Co-Lead Counsel for Lead Plaintiffs, Alan Lewis, and the Class*

John C. Dwyer
Jessica Valenzuela Santamaria
**COOLEY LLP**
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

*Counsel for SciClone Pharmaceuticals, Inc., Friedhelm Blobel, and Gary S. Titus*

IT IS SO ORDERED
Judge James Ware
12/1/2010

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE SCICLONE PHARMACEUTICALS SECURITIES LITIGATION** | CIVIL ACTION NO. 10-03584-JW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

**WHEREAS**, on October 27, 2010, the Court appointed George Berneshawi and Luciano Garzelli to serve as Lead Plaintiffs and approved their selection of Lead Counsel in this federal class action brought on behalf of purchasers of the common stock of SciClone Pharmaceuticals, Inc. ("SciClone"), seeking to pursue remedies under the Securities Exchange Act of 1934 against

1  defendants SciClone Pharmaceuticals, Inc., Friedhelm Blobel, and Gary S. Titus (collectively,
2  "Defendants");
3        **WHEREAS**, the Court established a schedule for Lead Plaintiffs to file an Amended
4  Consolidated Complaint on or before November 29, 2010, and for briefing related to anticipated
5  motion(s) to dismiss, Rec. Doc. No. 25;
6        **WHEREAS**, Lead Counsel for Lead Plaintiffs and counsel for Defendants have
7  conferred regarding the allegations in the action, and the schedule ordered by the Court;
8        **WHEREAS**, no class has been certified in this action pursuant to Fed. R. Civ. P. 23; and
9        **WHEREAS**, no consideration has been or will be exchanged between the parties in
10 connection with the dismissal of the action,
11       **IT IS HEREBY STIPULATED** by and between the undersigned counsel for all parties
12 who have appeared in this action, that pursuant to Fed. R. Civ. P. 41(a)(1), this case be
13 voluntarily dismissed without prejudice and without cost; and all parties will bear their own
14 costs.  The Clerk shall close this file.

15 Dated: November 24, 2010                 /s/ Kim E. Miller
16                                       Kim E. Miller (CA Bar. No. 178370)
                                         **KAHN SWICK & FOTI, LLC**
17                                       500 Fifth Avenue, Suite 1810
                                         New York, New York 10110
18                                       Telephone: (212) 696-3730
                                         Facsimile: (504) 455-1498
19
20                                       Lewis S. Kahn
                                         **KAHN SWICK & FOTI, LLC**
21                                       206 Covington Street
                                         Madisonville, LA 70447
22                                       Telephone: (504) 455-1400
23                                       Facsimile: (504) 455-1498

24                                       David A.P. Brower
                                         **BROWER PIVEN**
25                                       **A Professional Corp.**
26                                       488 Madison Avenue, 8th Floor
                                         New York, New York 10022
27                                       Telephone: (212) 501-9000
                                         Facsimile: (212) 501-0300
28

Stipulation of Voluntary Dismissal
No. 10-03584-JW

*Co-Lead Counsel for Lead Plaintiffs, Alan Lewis, and the Class*

Dated: November 24, 2010        ___/s/ Jonathan K. Levine_____
Jonathan K. Levine (SBN 220289)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Local Counsel for Lead Plaintiffs, Alan Lewis, and the Class*

Dated: November 24, 2010        ___/s/ Robert Schubert_____
Robert Schubert (62684)
Willem F. Jonckheer (178748)
**SCHUBERT JONCKHEER & KOLBE LLP**
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

*Local Counsel for*
*Lead Plaintiffs and the Class*

Dated: November 24, 2010        ___/s/ Jessica Valenzuela Santamaria_____
John C. Dwyer
Jessica Valenzuela Santamaria
**COOLEY LLP**
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

*Counsel for SciClone Pharmaceuticals, Inc., Friedhelm Blobel, and Gary S. Titus*

Dated: November 24, 2010        ___/s/ Laurence D. King_____
Laurence D. King
Mario Man-Lung Choi
**KAPLAN FOX & KILSHEIMER**
350 Sansome Street, Suite 400
San Francisco, CA 94104

Stipulation of Voluntary Dismissal
No. 10-03584-JW

3

415-772-4700
Email: lking@kaplanfox.com
Email: mchoi@kaplanfox.com

Frederic S. Fox
Jeffrey P. Campisi
**KAPLAN FOX & KILSHEIMER**
850 Third Avenue
New York, NY 10022
212-687-1980
Email: ffox@kaplanfox.com

*Counsel for Mariano Karner*

Stipulation of Voluntary Dismissal
No. 10-03584-JW

4

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kim E. Miller, attest that concurrence in the filing of this document was obtained from the other signatories noted above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Dated this 24th day of November 2010, in New York, New York.

                                                                                                    ___/s/ Kim E. Miller_____

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 24, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered.

                                                           /s/ Kim E. Miller
                                                           KIM E. MILLER

Stipulation of Voluntary Dismissal
No. 10-03584-JW